IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENJAMIN M. JEFFS, | : | |
|     Plaintiff, | : | |
| | : | **CIVIL ACTION** |
| v. | : | **NO. 17-198** |
| | : | |
| WORLD MONUMENTS FUND, INC., et al. | : | |
|     Defendants. | : | |

# ORDER

**AND NOW**, this 25th day of October, 2017, upon consideration of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (Dkt No. 13), Plaintiff's Response in Opposition (Dkt No. 15), and Defendants' Reply (Dkt No. 19), it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. This matter is **DISMISSED**.

The Clerk of Court is directed to close this case for statistical and all other purposes.

BY THE COURT:

/s/ C. Darnell Jones, II

C. Darnell Jones, II    J.